■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON ROSARIO, Appellant. [665 NYS2d 662] —Judgments, Supreme Court, New York County (Rena Uviller, J.), rendered January 15, 1997, convicting defendant, after his plea of guilty, of two counts of robbery in the second degree under two separate indictments, and sentencing him, as a second felony offender, to concurrent terms of 7½ to 15 years, unanimously affirmed.

The *Dunaway* (*Dunaway v New York*, 442 US 200) branch of defendant's suppression motion was properly denied without a hearing since his conclusory statements were insufficient to

raise an issue of fact as to the lawfulness of his arrest (CPL 710.60 [3] [b]). Notably, defendant did not controvert the specific factual averments as to the circumstances of the four separate criminal incidents and the arrest that were included in the Criminal Court complaint, the voluntary disclosure form, and the indictment (*People v Toxey*, 220 AD2d 204, *lv denied* 88 NY2d 855). Defendant's plea of not guilty did not constitute a denial of criminal activity sufficient to raise a factual issue warranting a *Dunaway* hearing (*cf., People v Hightower*, 85 NY2d 988, 990). Concur—Wallach, J. P., Rubin, Williams, Tom and Andrias, JJ.